UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER PGIARK05447-00,<br><br>Plaintiff,<br><br>vs.<br><br>DUAL TRUCKING, INC., AND ANTHONY ALFORD,<br><br>Defendant. | Case No. CV-19-34-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED: Defendants' Motion to Dismiss is GRANTED. The accompanying Motion to Set Aside the Default is similarly GRANTED.

Dated this 18th day of June, 2019.

TYLER P. GILMAN, CLERK

By: /s/ S. Redding
S. Redding, Deputy Clerk